1  GORDON & REES LLP
   KARINEH KHACHATOURIAN (SBN: 202634)
2  Embarcadero Center West
   275 Battery Street, Suite 2000
3  San Francisco, CA 94111
   Telephone: (415) 986-5900
4  Facsimile: (415) 986-8054

5  SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
   A Limited Liability Partnership
6  Including Professional Corporations
   STEVEN WINICK, Cal. Bar No. 160815
7  KENDALL M. BURTON, Cal. Bar No. 228720
   Four Embarcadero Center, 17th Floor
8  San Francisco, California 94111-4106
   Telephone:   (415) 434-9100
9  Facsimile:   (415) 434-3947

10 OPPENHEIMER WOLFF & DONNELLY LLP
   David. B. Potter (MN ID #121642)
11 Christine L. Nessa (MN ID #277666)
   Douglas G. Barkema (MN ID #0331971)
12 3300 Plaza VII Building
   45 South Seventh Street
13 Minneapolis, Minnesota 55402
   Telephone:   (612) 344-9300
14 Facsimile:   (612) 706-7100

15
   Attorneys for Defendant SUNRISE
16 INTERNATIONAL LEASING CORP., A
   MINNESOTA CORPORATION
17

18              UNITED STATES DISTRICT COURT

19              NORTHERN DISTRICT OF CALIFORNIA

20                    SAN JOSE DIVISION            *E-FILED - 6/1/05*

21 SAVVIS, INC., a Delaware Corporation,   Case No. C 04 03118 RMW

22         Plaintiff,                      STIPULATION AND [PROPOSED]
                                           ORDER AMENDING THE CASE
23                                         MANAGEMENT SCHEDULE
       vs.
24

25 SUNRISE INTERNATIONAL LEASING
   CORPORATION, a Minnesota Corporation,
26 and DOES 1-10, inclusive,

27         Defendants.

28

STIPULATION AND ORDER AMENDING THE CASE MANAGEMENT SCHEDULE AND     CASE NO. C 04 03118 RMW     1
HEARING DATES

1  WHEREAS both Parties have filed certain motions with this Court, including Sunrise International Leasing Corp.'s Motion for Summary Judgment, Sunrise International Leasing Corp.'s Motion for Sanctions, Savvis Inc.s' Motion to Compel, and Savvis Inc.'s Request for Judicial Notice (collectively the "Motions"), to which opposition papers are due on May 27, 2005, reply briefs are due on June 3, 2005, and a hearing for all Motions is scheduled before the Honorable Ronald Whyte on June 17, 2005.

WHEREAS the Parties participated in private mediation with Retired Judge Infante on March 21, 2005 and settlement discussions have been ongoing; and

WHEREAS on Monday, April 25, 2005 the Parties were, in principal, able to reach a settlement of their disputes.

Now, therefore,

IT IS HEREBY STIPULATED by and between the Parties to this action, by and through their respective counsel, that the Case Management Order, the briefing schedule for the Motions, and the Hearing date for the Motions shall be amended as follows:

1.  The hearing date for the Motions shall be removed from the Court's calendar pending settlement;

2.  The briefing schedule for the Motions shall be stayed pending settlement;

3.  If the case fails to settle, the Motions will be Noticed for hearing for the next available hearing date in accordance with the Local Rules for the Northern District of California which provides sufficient time for Sunrise to file a Motion to Compel Return of Privileged Document to be heard at the same time as the other Motions;

4.  The briefing deadlines for the Motions will run from the new hearing date so that the Parties' opposition and reply papers in connection with those motions are due to be served and filed 21 and 14 days, respectively, preceding the new hearing date, in accordance with Civil Local Rule 7-7(d).

5.  If the case fails to settle, all non-assignment discovery is stayed until one week after the hearing on the Motions;

6.  If the case fails to settle, the Parties shall file an updated Joint Case Management

1  Statement four days prior to the new hearing date on the Motions.

2      7.    If the case fails to settle, Defendant's discovery responses to Plaintiff's First Interrogatories and First Request for Production of Documents will be due one week after the hearing on the Parties' Motions. Defendant shall not propound any non-assignment discovery to Plaintiff until one week after the hearing on the Parties Motions.

    8.    To the extent not modified herein, the April 22, 2005 Stipulation remains in full force and effect.

DATED: May 5, 2005    GORDON & REES LLP

By: /s/ Karineh Khachatourian
Karineh Khachatourian
Attorneys for Plaintiff SAVVIS, INC.

DATED: May 5, 2005    SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By: /s/ Christine Nessa
Steven Winick, Cal. Bar No. 160815
Kendall M. Burton, Cal. Bar No. 228720

OPPENHEIMER WOLFF & DONNELLY LLP
David. B. Potter (MN ID #121642)
Christine L. Nessa (MN ID #277666)
Douglas G. Barkema (MN ID #0331971)

Attorneys for Defendant SUNRISE INTERNATIONAL LEASING CORPORATION

## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 6/1/05

/S/ RONALD M. WHYTE
HONORABLE RONALD M. WHYTE
UNITED STATES DISTRICT COURT JUDGE