```
 1  KARINEH KHACHATOURIAN (SBN: 202634)
    GORDON & REES LLP
 2  Embarcadero Center West
    275 Battery Street, Suite 2000
 3  San Francisco, CA 94111
    Telephone: (415) 986-5900
 4  Facsimile: (415) 986-8054

 5  Attorneys for Plaintiff
    SAVVIS COMMUNICATIONS CORPORATION, INC.
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

*E-FILED - 6/16/05*

| | |
|---|---|
| SAVVIS, INC., a Delaware Corporation, <br><br> Plaintiff <br><br> vs. <br><br> SUNRISE INTERNATIONAL LEASING CORPORATION, a Minnesota Corporation, and DOES 1-10, inclusive, <br><br> Defendants. | CASE NO. C 04 03118 RMW <br><br> STIPULATION AND [~~PROPOSED~~] ORDER FOR DISMISSAL |

IT IS HEREBY STIPULATED by and between Plaintiff Savvis Communications Corporation, ("Savvis") and Defendant Sunrise International Leasing Corporation ("Sunrise International"), by and through their respective counsel, that the parties have settled their disputes and the issues before this Court in the above-referenced action pursuant to the terms of a confidential settlement agreement entered into between the parties ("Settlement Agreement").

IT IS HEREBY FURTHER STIPULATED by and between Savvis and Sunrise International, through their designated counsel, and pursuant to the terms of the Settlement Agreement, that:

1. Savvis' complaint be dismissed with prejudice by order of the Court pursuant to Federal Rule of Civil Procedure 41, with each party bearing its own costs and attorneys' fees;

2. The parties agree that the Court shall retain jurisdiction over this matter to enforce the terms of the parties' Settlement Agreement and for the purpose of resolving any disputes that may arise under such Settlement Agreement; and

3. The parties further agree that the Court shall retain jurisdiction to resolve Sunrise International's Unopposed Motion for Administrative Relief to Remove Incorrectly Filed Documents From Court's Docket, ECF, and Public Record.

Dated: June 6, 2005

GORDON & REES LLP

By: /s/ Karineh Khachatourian
Karineh Khachatourian
Attorneys For Plaintiff
SAVVIS COMMUNICATIONS CORPORATION.

Dated: June 6, 2005

OPPENHEIMER, WOLF & DONNELLY

By: /s/ Douglas G. Barkema
Douglas G. Barkema
Attorneys For Plaintiff
SUNRISE INTERNATIONAL LEASING CORP.

## ORDER

PURSUANT TO THE STIPULATION, IT IS SO ORDERED that Savvis' complaint is dismissed with prejudice, with each party bearing its own costs and attorneys' fees.

IT IS FURTHER ORDERED that the Court shall retain jurisdiction over this matter to enforce the terms of the parties' Settlement Agreement and for the purpose of resolving any disputes that may arise under such Settlement Agreement.

Dated: June 16, 2005

/s/ Ronald M. Whyte
THE HONORABLE RONALD M. WHYTE.

-2-

STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL        CASE NO. C 04 03118 RMW